TUCKER, J., concurring:
{¶ 21} I agree that under the circumstances of this case the trial court had the obligation to either allow Dehart to withdraw his guilty plea or, upon the withdrawal motion being overruled, to impose the agreed upon sentence. State v. Walton , 2 Ohio App.3d 117, 440 N.E.2d 1225 (10th Dist. 1981). I write separately to note that a defendant's motion to withdraw his guilty plea, made after the parties, with the court's imprimatur, enter into a sentencing agreement, could be, under different circumstances, considered an anticipatory repudiation of the sentencing contract *1271 that would allow the trial court to overrule the withdrawal motion and impose a sentence greater than the agreed upon sentence. State v. Calloway , 7th Dist. Mahoning No. 10 MA 147, 2011-Ohio-4257, 2011 WL 3806161.